UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREWLYNNE SUMMERS-PERNELL,<br><br>　　Plaintiff<br><br>v.<br><br>P.F. CHANGS CHINA BISTRO, INC.,<br><br>　　Defendant | Case No.: 2:23-cv-00872-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

　　I ORDER that defendant P.F. Changs China Bistro, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of PF Changs as required by the recent amendment to that rule.

　　I FURTHER ORDER defendant P.F. Changs China Bistro, Inc. to file a proper certificate of interested parties by June 23, 2023.

　　DATED this 10th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE