

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
BRANDON C. VERDE, ESQ.
Nevada Bar No. 14638
E-mail: Brandon.Verde@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for P.F. Chang's China Bistro, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Drewlynne Summers-Pernell, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>P.F. Chang's China Bistro, Inc.; and Does I through X, inclusive; and Roe Corporations I through V, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-872<br><br>**Stipulation and ~~Proposed~~ Order to Extend Discovery (First Request)** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1, 7-1 and 26-3, the parties hereby submit the following Stipulation and Order to Extend Discovery Deadlines (First Request) to extend discovery deadlines and all related case management deadlines.

**I.  Summary of Discovery Completed**

  a. The parties have mutually served Rule 26(a)(1) disclosures and have updated those disclosures as additional information has become available;

  b. Written Discovery (Request for Production of Documents and Interrogatories) to Plaintiff;

  c. Written Discovery (Request for Production of Documents and Interrogatories) to Defendant;

  d. Defendant's Initial Expert Witness Designations;

  e. Plaintiff's Initial Expert Witness Designations; and

291369124v.1

      f.   Deposition of Plaintiff.

**II.   Discovery Remaining**

      a.   Deposition of 30(b)(6) Witness;

      b.   Deposition of fact witness, Thomas Ault (Tentatively set for February 11, 2024);

      c.   Deposition of fact witness, Raymond Leonard, Jr. (Tentatively set for February 12, 2024);

      d.   Deposition of Experts.

**III.   Why the Remaining Discovery Could not be Completed**

The parties respectfully request an additional 60-day extension to allow for the parties sufficient time to schedule the depositions of designated expert witnesses. The defense has designated four (4) retained experts in this matter. Plaintiff has designated one (1) retained expert witness, and three (3) non-retained expert witnesses. Furthermore, the defense anticipates taking the depositions of fact witnesses Thomas Ault, and Raymond Leonard, Jr. Currently, Raymond Leonard, Jr. is located in Atlanta, GA. In light of the number of depositions remaining, and serving an out-of-state fact witness, the parties anticipate that an extension of sixty (60) days will be sufficient.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

291369124v.1

### IV. ~~Proposed~~ Schedule for Completing All Remaining Discovery

|  | **Current Deadline** | **~~Proposed~~ Deadline** |
|---|---|---|
| Amending Pleadings and Adding Parties | Closed | Closed |
| Initial Expert Disclosures | Closed | Closed |
| Rebuttal Expert Disclosures | Closed | Closed |
| Discovery Closes | January 29, 2024 | March 29, 2024 |
| Dispositive Motions | February 29, 2024 | April 29, 2024 |
| Pre-Trial Order, if no Dispositive Motions | March 29, 2024 | May 29, 2024 |

WILSON ELSER

*/s/ Michael P. Lowry, Esq.*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Brandon C. Verde, Esq.
Nevada Bar No. 14638
Attorneys for PF Chang's China Bistro, Inc.

Atkinson Watkins & Hoffman, LLP

*/s/ Tyler Crawford, Esq.*
Tyler Crawford, Esq.
Nevada Bar No. 10559
Attorneys for Drewlynne Summers-Pernell

It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 4, 2024

-3-

291369124v.1