**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DREWLYNNE SUMMERS-PERNELL,<br><br>    Plaintiff<br><br>v.<br><br>P.F. CHANGS CHINA BISTRO, INC.,<br><br>    Defendant | Case No.: 2:23-cv-00872-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

On July 3, 2024, the parties advised the court that this case had been settled and that they would file a stipulation of dismissal "in the very near future." ECF No. 23 at 1. No stipulation to dismiss has been filed.

I THEREFORE ORDER that by November 15, 2024, the parties shall file either a stipulation of dismissal or a status report regarding settlement.

DATED this 1st November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE