

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for P.F. Chang's China Bistro, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Drewlynne Summers-Pernell, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>P.F. Chang's China Bistro, Inc.; and Does I through X, inclusive; and Roe Corporations I through V, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-872<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled in this matter.

| | |
|---|---|
| WILSON ELSER<br><br>/s/ Michael P. Lowry, Esq.<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for PF Chang's China Bistro, Inc. | Atkinson Watkins & Hoffman, LLP<br><br>/s/ Tyler Crawford, Esq.<br>Tyler Crawford, Esq.<br>Nevada Bar No. 10559<br>Attorneys for Drewlynne Summers-Pernell |
| DATED: November 18, 2024 | It is so ordered.<br><br>_____<br>United States District Judge |

298480707v.1